UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

Plaintiff

v.

Rodriguez Camponanes, Ruben Danio

Defendant

CASE NO. CO-2028 DUBE

REPORT COMMENCING CRIMINAL ACTION

FL1524-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 1-7-00, 7:00 a.m.
2. Spoken language: English, Spanish
3. Offense(s) charged: Reentry after deportation, False claim to USC
4. U.S. Citizen  [ ] YES  [X] NO  [ ] UNKNOWN
5. Date of birth: 03-06-1963
6. Type of charging document: (Check One)

   [ ] INDICTMENT          [X] COMPLAINT TO BE FILED/ALREADY FILED

   CASE NO. _____        CASE NO. _____

   DISTRICT: SDF           (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [ ] YES  [ ] NO

   AMOUNT OF BOND: _____

   WHO SET BOND: _____

7. REMARKS:

8. DATE: 1-7-00
10. AGENCY: USINS

9. S/A Bendel
   ARRESTING OFFICER
11. 305 762-8652
    PHONE NO.