UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-2028-DUBE

UNITED STATES OF AMERICA,

v.

RUBEN D. RODRIGUEZ-CAMPOMANES

**ORDER** ~~DENYING~~ **GOVERNMENT'S** *Stipulated* *withdrew it's*
**REQUEST FOR PRETRIAL DETENTION &**
**SETTING A BOND**

This Cause came before the Court upon motion ~~of the~~
~~government for pretrial detention~~) (the defendant ~~for bond~~)
Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

____ The government's motion is **denied**.

__✓__ The defendant's motion is **granted**; bond is set at:

*✱* __✓__ Personal Surety, unsecured, in the amount of
$ 50,000.00 *cosigned by a family member in US with legal resident status*

____ Personal Surety in the amount of $_____
with 10% posted with Clerk of Court.

____ Personal Surety in the amount of $_____
secured by the following collateral: _____

____ Full Cash in the amount of $_____

__✓__ Corporate Surety in the amount of $ 250,000.00 *w/Nebbia*

____ Full Cash or Corporate Surety in the amount of
$_____

In addition to the standard conditions of bond, the following
special conditions are hereby imposed:
__ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
__ REPORT TO PRETRIAL SERVICES AS FOLLOWS:    WEEKLY IN PERSON;    WEEKLY BY PHONE.
__ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES
   PROHIBITED BY LAW.
__ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
__ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
__ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED.
__ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.

__ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND:_____
_____

If bond is changed from that set in another District, the reason
pursuant to Rule 40(f) is:_____

**DONE AND ORDERED** at Miami, Florida this 11th day of January, 2000.

TAPE NO. 00FX-1-2530

c:AUSA, Defense,
  Pretrial Services
  U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
ANDREA M. SIMONTON

✱ *Further conditions to be set if Nebbia is satisfied.*