UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-2028-DUBE

UNITED STATES OF AMERICA,

vs.

RUBEN DARIO RODRIGUEZ-COMPONANES,

_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: _For good cause shown by the defendant, with no objections from the Gvt. Preliminary/Arraignment is hereby reset to February 2, 2000, @ 10:00 am before the Duty Magistrate._

**DONE AND ORDERED** at Miami, Florida this __21__ day of __January__, 20_00_.

TAPE NO: 2000E- _10-723_

c: AUSA – _[signature]_
   Defense Counsel _[signature]_ /alone
   Pretrial Services
   U.S. Marshal
formblan.kor

UNITED STATES MAGISTRATE JUDGE
JOHN J. O'SULLIVAN