

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. **00-6025**

18 U.S.C. 911

UNITED STATES OF AMERICA

v.

RUBEN RODRIGUEZ-CAMPOMANES,

DEFENDANT.

_____/

**MAGISTRATE JUDGE SNOW**

### INFORMATION

The United States Attorney charges that:

On or about October 19, 1999, at Broward County, in the Southern District of Florida, the defendant,

RUBEN RODRIGUEZ-CAMPOMANES,

an alien, did knowingly and willfully falsely represent himself to be a citizen of the United States, in that he falsely checked off on an employment application that he was a citizen of the United

States; in violation of Title 18, United States Code, Section 911.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
STEVEN R. PETRI
ASSISTANT U.S. ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. _____

V.

RUBEN RODRIGUEZ-CAMPOMANES      **CERTIFICATE OF TRIAL ATTORNEY***
_____  **Superseding Case Information**:

**Court Division**: (Select One)

New Defendant(s)        Yes ___    No ___
Number of New Defendants        ___
Total number of counts          ___

___ Miami    ___ Key West
_X_ FTL      ___ WPB    ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:        (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days        _X_         Petty       ___
   II   6 to 10 days       ___         Minor       ___
   III  11 to 20 days      ___         Misdem.     ___
   IV   21 to 60 days      ___         Felony      _X_
   V    61 days and over   ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _YES_
   If yes:
   Magistrate Case No. ____00-2028-DUBE____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of ___1/7/00___
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No    If yes, was it pending in the Central Region? __ Yes __ No

                                _____
                                STEVEN R. PETRI
                                ASSISTANT UNITED STATES ATTORNEY
                                Court No. A5500048

*Penalty Sheet(s) attached                                  REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: RUBEN RODRIGUEZ-CAMPOMANES　NO. _____

Counts # I　　False Representation as a U.S. Citizen

*Max. Penalty:　　3 years imprisonment; $250,000 Fine

Count #

*Max. Penalty:

Count #

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96