CR 16
(1/78)                          Waiver of Indictment

# United States District Court
## FOR THE
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MAG. SEC.
FEB 0 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA      )
                              )
        v.                    )        No. 00-6025-WDF
                              )
RUBEN RODRIGUEZ-CAMPOMANES    )
                              )

## WAIVER OF INDICTMENT

RUBEN RODRIGUEZ-CAMPOMANES, above named defendant, an alien, who is accused of falsely representing himself as a citizen of the U.S., in violation of Title 18, United States Code, Section 911, being advised of the nature of the charges and of my rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date: 02-02-2000                  _____
                                  RUBEN RODRIGUEZ-CAMPOMANES
                                  DEFENDANT

Date: 2/2/00                      _____
                                  OMAR MALONE, AFPD
                                  ATTORNEY FOR DEFENDANT

Before: _____
        UNITED STATES MAGISTRATE JUDGE

