UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6025-CR-FERGUSON

UNITED STATES OF AMERICA,

vs.

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 61524-004

RUBEN RODRIGUEZ-CAMPOMANES
                Defendant.

Language: SPANISH
_____/

The above-named Defendant appeared before **Magistrate Judge TURNOFF**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:          Address: IN CUSTODY

                    Tel. No:_____

Defense Counsel:    Name    : AFPD

                    Address: 150 W. FLAGLER STREET

                             MIAMI, FL.   33130

                    Tel. No: (305) 530-7000

Bond Set/Continued:         $50K PSB & $250K CSB W/NEBBIA

Dated this  2nd  day of  FEBRUARY , 2000.

                    CLARENCE MADDOX, CLERK

                    BY PATRICIA MITCHELL
                       Deputy Clerk

c:Clerk for Judge
  U.S. Attorney                     TAPE NO. 00G-12-2662
  Defense Counsel                   DIGITAL START NO._____
  Pretrial Services
formarra.ign

FILED by ___ D.C.
FEB 02 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI