UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6025-CR-FERGUSON

UNITED STATES OF AMERICA,
        Plaintiff,
vs.

**MINUTES**
**CHANGE OF PLEA**

RUBEN RODRIGUEZ-CAMPOMANES, (J)
        Defendant.
_____/

On February 18, 2000, the above-named defendant appeared in person before the Honorable WILKIE D. FERGUSON, JR., United States District Judge, with counsel Omar Malone, AFPD, appointed by the Court/retained by the defendant, and said defendant stated in open court that **he** desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to count *One* of the Information. After the defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.

    Whereupon:

        ( )    The Court proceeded to pronounce sentence.

        (X)    The Court postponed sentencing until **4/28/00 at** 9:00 a.m.,

        ( )    and the defendant was allowed to remain on present bond until then;

        ( )    and the defendant remanded to the custody of the U.S. Marshal until a $_____ bond is posted;

        (X)    and the defendant was remanded to the custody of the U.S. Marshal awaiting sentencing.

Judge <u>Wilkie D. Ferguson, JR.</u>
Reporter <u>Paul Haferling</u>
Clerk <u>Troy T. Walker</u>