UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6025-CR-FERGUSON

UNITED STATES OF AMERICA          )
                                  )
                   Plaintiff,     )
                                  )
v.                                )
                                  )
RUBEN RODRIGUEZ-CAMPOMANES        )
                                  )
                   Defendant.     )
_____/

### NOTICE OF REASSIGNMENT

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and gives notice that the above captioned case has been reassigned to Assistant United States Attorney Scott H. Behnke.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By      _____
        Assistant United States Attorney
        Attorney No. A5500005
        500 E. Broward Blvd, Suite 700
        Fort Lauderdale, FL 33394
        Telephone Number (954) 356-7255
        Fax Number (954) 356-7336



<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed this 6<u>th</u> day of March, 2000,to: Omar Malone, AFPD, 150 West Flagler Street, Miami, FL 33130.

_____
SCOTT H. BEHNKE
Assistant United States Attorney

cc:   Pretrial Services
      Case Agent
      Docket