SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6025-CR WDF

DEFENDANT R. Rodriguez-Compeoman   JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER   DATE March 24, 2000

Court Reporter Paul Haferling   USPO

AUSA Scott Behnke   Deft's Counsel O. Malone, FPD

COUNTS DISMISSED All Others

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

### JUDGMENT AND SENTENCE

Imprisonment   Years ____   ~~Months~~ 110 days   Counts one

Supervised Release 1 year

Probation   Years ____   Months ____   Counts ____

Comments ____

Assessment $ 100.00   Fine $ ____

Restitution /Other ____

### CUSTODY

X  Remanded to the Custody of the U. S. Marshal Service   ____ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: (See ____)

16