AO 245B (Rev.3/96)(Sheet 2 Imprisonment) Case 0:00-cr-06025-WDF Document 18 Entered on FLSD Docket 05/01/2000 Page 1 of 1

Judgment-Page __2__ of __6__

DEFENDANT: RUBEN RODRIGUEZ-CAMPOMANES, (J) 61524-004
CASE NUMBER: 0:00CR06025-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __110 day(s)__.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ a.m./p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __April 17, 2000__ to __Federal Detention Center, Miami, Fl.__ at __33 NE 4 Street Miami, Fl.__, with a certified copy of this judgment.

Monica S. Wetzel, Warden
~~UNITED STATES MARSHAL~~

By __J. Maseda, L.I.E.__
Deputy U S Marshal